IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. JFM-06-0586 |
| | * | Civil No. JFM-08-2768 |
| | * | |
| DANIEL LAUREY | * | |
| | ******* | |

MEMORANDUM

Daniel Laurey has filed a motion under 28 U.S.C. §2255 to vacate, satisfy or correct his sentence. Laurey was sentenced to a term of 262 months imprisonment after having pled guilty to count one of the superseding indictment, charging him with possession with intent to distribute 50 grams or more of crack.

Laurey's contentions that (1) his counsel was ineffective in not properly investigating his case, (2) failing to review discovery with him, (3) failing to challenge the "multiplicitous indictment; and (4) failing to challenge the probable cause underlying a search warrant executed at his home are without merit. Laurey simply has not alleged any facts that demonstrate that he in any way suffered prejudice from counsel's alleged failures.[1] *See generally Strickland v. Washington*, 466 U.S. 668, 687 (1984). Laurey's arguments concerning his having been classified as a career offender may also be meritless. However, I am persuaded that Laurey has raised sufficient questions that counsel should be appointed to represent him in connection with that aspect of his claim. Accordingly, I will enter an order herewith appointing counsel for Laurey for that limited purpose.

---

[1] In his reply Laurey appears to have withdrawn his argument concerning the allegedly "multiplicitous" indictment.

DATE:   4/2/2009                             ___/s/_____
                                             J. Frederick Motz
                                             United States District Judge